**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        January 13, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 09-cv-02975-RPM

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF | Thomas B. Buescher |
| THEATRICAL STATE EMPLOYEES, | Naomi Y. Perera |
| MOVING PICTURE TECHNICIANS, | |
| ARTIST AND ALLIED CRAFTS, LOCAL 7, and | |
| DAVID LAMBERT, | |

     Plaintiffs,

v.

| | |
|---|---|
| CITY AND COUNTY OF DENVER and | Walter V. Siebert |
| SMG, | Theresa L. Corrada |

     Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motions for Summary Judgment**

**1:59 p.m.**       **Court in session.**

Court's preliminary remarks and states its summary of the case.

2:07 p.m.       Argument by Mr. Siebert.

2:09 p.m.       Argument by Mr. Buescher.

**ORDERED:**   **SMG's Motion for Summary Judgment, filed November 11, 2010 [27], is granted.**

**ORDERED:**   **Defendant City and County of Denver's Motion for Summary Judgment, filed October 22, 2010 [25], is granted.**

**ORDERED:**   **Motion for Summary Judgment Against Defendant SMG, filed December 27, 2010 [35], is denied.**

**ORDERED:**   **Claims are dismissed and defendants are awarded costs.**

**2:15 p.m. Court in recess.**       Hearing concluded.  Total time: 16 min.