IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02975-RPM

INTERNATIONAL ALLIANCE OF THEATRICAL STATE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS, LOCAL NO. 7 and DAVID LAMBERT,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER and
SMG,

    Defendants.

## ORDER GRANTING SUMMARY JUDGMENT OF DISMISSAL

Pursuant to the hearing held today and the Court's statement of undisputed facts and the legal conclusion that the arbitrator expressly reserved jurisdiction to determine any disputes concerning reinstatement and that it was the obligation of the union to present the question of the City's refusal to reinstate Mr. Lambert for the period prior to reinstatement and therefore the loss of overtime pay to the arbitrator for resolution and upon the further legal conclusion that the plaintiff David Lambert had no property interest subject to the constitutional protections of either substantive or procedural due process requiring any hearing by the City and County of Denver, it is now

ORDERED that the motions for summary judgment by defendant SMG and the City and County of Denver are granted, the motion for summary judgment by the

plaintiff is denied and the Clerk will enter judgment dismissing this civil action and awarding the defendants their costs.

Dated: January 13th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge